UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Petitioner,

v.

SANTA CLARA SUPERIOR COURT,

Respondent.

Case No. 25-cv-09472-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 13, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California